# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ARTHUR FLEMMING MOLER,                                                                        PLAINTIFF
REG. #27271-171

v.                            2:19-cv-00097-BSM-JJV

HENDRIX, Warden; *et al.*                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

      1.      Why the record made before the Magistrate Judge is inadequate.

      2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Arthur Flemming Moler ("Plaintiff") is a prisoner at the Federal Correctional Institution in Forrest City, Arkansas ("FCI-FC"). He has filed a *pro se* Amended Complaint, pursuant to the Federal Tort Claims Act ("FTCA") and *Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), alleging Defendants failed to provide him with proper medical care for diabetes, chronic kidney disease, and high blood pressure. (Doc. No. 5.) On August 13, 2019, I issued a Partial Recommended Disposition suggesting Plaintiff be allowed to proceed with claims against three Defendants and all other claims be dismissed without prejudice for failure to state a claim upon which relief may be granted. (Doc. No. 10.) Plaintiff has recently filed a Motion to Voluntarily Dismiss all of his claims so that he may properly exhaust his administrative remedies. (Doc. No. 11.) I recommend that Motion be granted. *See* Fed. R. Civ. P. 41(a)

IT IS, THEREFORE, RECOMMENDED that:

1. The August 13, 2019 Partial Recommended Disposition (Doc. No. 10) be DECLINED as moot.

2. Plaintiff's Motion to Voluntarily Dismiss (Doc. No. 11) be GRANTED, the Amended Complaint (Doc. No. 5) be DISMISSED without prejudice, and the case be CLOSED.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 22nd day of August 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE