IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR FLEMMING MOLER,**     **PLAINTIFF**
**REG. #27271-171**

v.     **CASE NO. 2:19-CV-00097 BSM**

**HENDRIX, Warden; et al.**     **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 12] is adopted, Arthur Moler's motion to voluntarily dismiss [Doc. No. 11] is granted, and the amended complaint is dismissed without prejudice. The partial recommended disposition [Doc. No. 10] is declined as moot. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of August 2019.

 

_____
UNITED STATES DISTRICT JUDGE